# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ARTHUR MOSLEY,

    Plaintiff,

        v.

WARDEN GARY HAIDLE, *et al.*,

    Defendants.

NO. 3:18-CV-0305

(JUDGE CAPUTO)

## ORDER

**NOW**, this 23rd day of October, 2018, **IT IS HEREBY ORDERED** that:

(1)     Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 5) is **GRANTED**. The Clerk of Court is directed to file the Complaint (Doc. 1) without prepayment of the filing fee.

(2)     Plaintiff's Motion for Appointment of Counsel (Doc. 6) is **DENIED**.

(3)     Plaintiff's Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

(4)     The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge